IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff,*

    v.                           Civ. No. 2:18-82 SMV/GBW

**ASSORTED DRUG PARAPHERNALIA
VALUED AT $78,123.50,**

      *Defendants-in-rem.*

**FINAL DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

      This matter comes before the Court on the United States' Motion for Final Default Judgment pursuant to Federal Rule of Civil Procedure Rule 55(b)(2). [Doc. 14]. The Court, having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

      1.     The statements contained in the Praecipes, Clerk's Certificates of Default, Motion for Partial Default Judgment, and Motion for Final Default Judgment are true.

      2.     This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Final Default Judgment.

      IT IS THEREFORE ORDERED that all right, title, and interest of DCP's Smoke Shop, Ruth Sanchez, and all unknown claimants in the Defendants-in-rem Assorted Drug Paraphernalia Valued at $78,123.50 is forfeited to the United States and title thereto is vested in the United States.

 

 

                                 _____
                                   STEPHAN M. VIDMAR
                                   United States Magistrate Judge