IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                      Civ. No. 2:18-82 SMV/GBW

**ASSORTED DRUG PARAPHERNALIA**
**VALUED AT $78,123.50**,

    *Defendants-in-rem.*

## CERTIFICATE OF REASONABLE CAUSE

This matter comes before the Court on the United States' Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause. [Doc. 16]. The Court, having read the motion and being fully advised in the premises, finds that reasonable cause existed for arrest of the Defendants-in-rem Assorted Drug Paraphernalia Valued at $78,123.50 in this case.

IT IS THEREFORE ORDERED that this Certificate of Reasonable Cause be entered.

                                                                           STEPHAN M. VIDMAR
                                                                           United States Magistrate Judge